**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0624

Kristen Danielle Brecheen

- - Versus - -

Matthew W. Skok and Nancy Skok

19th Judicial District Court
Case #: 677319
East Baton Rouge Parish

On Application for Rehearing filed on 01/05/2023 By Kristen Danielle Brecheen

Rehearing _____ denied _____

_____
John Michael Guidry

_____
Elizabeth Wolfe

Date **FEB 1 5 2023**

_____
Rodd Naquin, Clerk